UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORGLENIA R. MORONTA PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 20-cv-6561(RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On December 12, 2024, Plaintiff filed a motion for attorneys' fees. Dkt. 40. Defendant shall file an opposition, if any, no later than January 10, 2025, and Plaintiff shall file any reply by January 24, 2025.

SO ORDERED.

Dated:   December 13, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge